# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

THEODORE WILLIAM TAYLOR,           §
#26966-078                         §
                                   §      Civil Action No. 4:25-cv-1455
v.                                 §      Judge Mazzant/Judge Davis
                                   §
UNITED STATES OF AMERICA           §

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 31, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #6) that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Dkt. #4) be dismissed without prejudice. Movant filed Objections (Dkt. #7) to the Report.

In the Objections, Movant does not disagree with the Magistrate Judge's findings and conclusions that this Court lacks jurisdiction over his present § 2255 motion because the Fifth Circuit has not issued an order authorizing this Court to consider his successive § 2255 motion. Instead, he requests a stay of the dismissal until his "Emergency Motion to Compel in the underlying criminal case" is resolved because dismissal of this case "would cause irreparable harm to [his] constitutional right to challenge [his] sentence." (Dkt. #7 at 1). Movant fails to provide a valid basis to stay the dismissal of this case. This case will be dismissed without prejudice, and Movant may file a successive § 2255 if he obtains permission from the Fifth Circuit. Movant fails to show that the Report is in error or that he is entitled to relief.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #7) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence (Dkt. #4) is **DISMISSED** without prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 21st day of April, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2